No. 78–5246. RICE *v.* COLORADO. Ct. App. Colo. Certiorari denied.

No. 78–5257. McFARLAND *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied.

No. 78–5259. TARRANCE *v.* BORDENKIRCHER, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 78–5261. HAWKINS *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 78–5269. BOLTS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5280. GOOD SHIELD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–5287. GROGAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5300. GONZALES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–5301. GIBSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5306. CRUZ-BELTRAN *v.* UNITED STATES; and

No. 78–5308. CRUZ-BELTRAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 578 F. 2d 870.

No. 78–5309. MITCHELL ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–5312. PINCKNEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–5315. PHILLIPS *v.* SNYDER ET AL. C. A. 5th Cir. Certiorari denied.